LYNDA G. FREIER, Appellant, v ROSINA FOOD PRODUCTS INCORPORATED, Respondent. (Appeal No. 4.) [725 NYS2d 915]

Present—PIGOTT, JR., P. J., GREEN, HAYES, KEHOE and BURNS, JJ.

DEBORAH AIGNER, Respondent-Appellant, v ROSINA FOOD PRODUCTS INCORPORATED, Appellant-Respondent. (Appeal No. 5.) [726 NYS2d 329]

Present—PIGOTT, JR., P. J., GREEN, HAYES, KEHOE and BURNS, JJ.